IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| FRED MONTANO | : | NO. 13-082 |

**O R D E R**

**AND NOW**, this 11th day of October, 2018, upon consideration of George Georgiou's Motion to Lift Protective Order (Doc. No. 110), the Government's Response (Doc. No. 116), and Mr. Georgiou's Reply (Doc. No. 117), **it is ORDERED** that the Motion (Doc. No. 110) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE